# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| west, david l. | District of Colorado | 07/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| magistrate judge retired | ☐ Nomination  Date <br> ☐ Initial  ☐ Annual  ☑ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

1020 second ave
durango
colorado
81301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | owner | rmc distributing |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RMC Distributing | G | Dividend | P2 | W | | | | | |
| 2. tawb inc | A | Dividend | J | W | | | | | |
| 3. old first national BK bldg | E | Rent | P3 | W | | | | | |
| 4. western business invest | G | Dividend | N | W | | | | | |
| 5. blue eagle llc | A | Dividend | J | W | | | | | |
| 6. caterpillar | C | Dividend | M | T | | | | | |
| 7. emerson electric | D | Dividend | N | T | Sold (part) | 09/27/18 | K | F | |
| 8. harley davidson | B | Dividend | M | T | | | | | |
| 9. kimberly clark | D | Dividend | K | T | | | | | |
| 10. microsoft | B | Dividend | N | T | Sold (part) | 04/25/18 | K | E | |
| 11. sbc communications | A | Dividend | M | T | | | | | |
| 12. tenant | C | Dividend | M | T | | | | | |
| 13. zimmer holdings | A | Dividend | K | T | | | | | |
| 14. schlumberger | F | Dividend | P1 | T | | | | | |
| 15. abbott lab | A | Dividend | K | T | | | | | |
| 16. marshall tl common stock | A | Dividend | K | T | | | | | |
| 17. diebold | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. puerto Rico commonwealth rfdg ser bond | A | Int./Div. | J | T | | | | | |
| 19. johnson and johnson | A | Dividend | J | T | | | | | |
| 20. qualcom | A | Dividend | M | T | | | | | |
| 21. electrosource | A | Dividend | J | T | | | | | |
| 22. carrier | A | Dividend | J | T | | | | | |
| 23. sure shot intl | B | Dividend | J | T | | | | | |
| 24. citicorp | D | Dividend | N | T | | | | | |
| 25. travelers ppty cla | A | Dividend | J | T | | | | | |
| 26. travelers pptyclb | B | Dividend | K | T | | | | | |
| 27. transocean | A | Dividend | J | T | | | | | |
| 28. jack henry and associates | A | Dividend | L | T | | | | | |
| 29. piper jaffrey prime | A | Dividend | J | T | | | | | |
| 30. schwab money market | A | Interest | J | T | | | | | |
| 31. berkshire hathaway | A | Dividend | P1 | T | | | | | |
| 32. mannatech | A | Dividend | J | T | | | | | |
| 33. martha stewart | A | Dividend | J | T | | | | | |
| 34. southern | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. colo hlth fac auth | B | Dividend | L | T | | | | | |
| 36. marshall ilsley | C | Dividend | M | T | | | | | |
| 37. ishares msci | A | Dividend | M | T | | | | | |
| 38. exxon | C | Dividend | L | T | | | | | |
| 39. gannett co | A | Dividend | K | T | | | | | |
| 40. graco inc | B | Dividend | J | T | | | | | |
| 41. grainger | A | Dividend | K | T | | | | | |
| 42. powershares | A | Dividend | K | T | | | | | |
| 43. intel corp | A | Dividend | J | T | | | | | |
| 44. eaton vance municipal bond | A | Interest | K | T | | | | | |
| 45. nasdaq 100 trust | A | Dividend | J | T | | | | | |
| 46. wells fargo index | B | Dividend | L | T | | | | | |
| 47. ibm | B | Dividend | K | T | | | | | |
| 48. chevron texaco | A | Dividend | K | T | | | | | |
| 49. wisconsin energy | A | Dividend | J | T | | | | | |
| 50. t nasdaq bio | A | Dividend | J | T | | | | | |
| 51. ishares russell 10000 mutual fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ishares sand p global mutual fund | A | Dividend | J | T | | | | | |
| 53. ishares trust dow jones mutual fund | A | Dividend | J | T | | | | | |
| 54. ishares rs2000 growth mutual fund | A | Dividend | J | T | | | | | |
| 55. ishares trust dow jones mutual fund | A | Dividend | J | T | | | | | |
| 56. section14 md jeffsn bond | C | Int./Div. | M | T | | | | | |
| 57. sab miller | B | Dividend | K | T | | | | | |
| 58. abbott lab | A | Dividend | J | T | | | | | |
| 59. mead johnson | A | Dividend | L | T | | | | | |
| 60. nuveen quality | A | Dividend | K | T | | | | | |
| 61. blackrock muni h | A | Dividend | K | T | | | | | |
| 62. blackrock muni t | A | Dividend | K | T | | | | | |
| 63. allison trans | B | Dividend | L | T | | | | | |
| 64. united parcel | B | Dividend | L | T | | | | | |
| 65. hormel foods | B | Dividend | L | T | | | | | |
| 66. fthill/estrn tc | A | Dividend | L | T | | | | | |
| 67. wi st clean w | B | Dividend | M | T | | | | | |
| 68. bed bath beyond | B | Dividend | L | T | Sold | 12/19/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. cuyahoga oh ccd | B | Dividend | L | T | | | | | |
| 70. tx st tpr a c | B | Dividend | K | T | | | | | |
| 71. colo hlth fac | B | Dividend | L | T | | | | | |
| 72. flowserve | A | Dividend | J | T | | | | | |
| 73. cabot microelectron | A | Dividend | M | T | | | | | |
| 74. ebay | A | Dividend | K | T | | | | | |
| 75. hyster yale mh | A | Dividend | L | T | | | | | |
| 76. ppg industries | B | Dividend | M | T | Buy | 04/23/18 | | | |
| 77. analog devices | A | Dividend | J | T | Buy | 06/19/18 | | | |
| 78. apple | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 79. autozone | A | Dividend | J | T | Buy | 06/19/18 | | | |
| 80. baker hughes | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 81. capital one financial | A | Dividend | J | T | Buy | 06/19/18 | | | |
| 82. chubb ltd | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 83. dominion energy | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 84. dow dupont | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 85. enbridge | A | Dividend | J | T | Buy | 06/18/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. equinix | A | Dividend | J | T | Buy | 06/19/18 | | | |
| 87. fedex | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 88. general electric | A | Dividend | J | T | Buy | 06/19/18 | | | |
| 89. general mills | A | Dividend | J | T | Buy | 06/19/18 | | | |
| 90. general motors | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 91. novartis ag | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 92. philip morris | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 93. pasco ads | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 94. proctor and gamble | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 95. relx plc | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 96. salesforce.com | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 97. toyota motor cp | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 98. unilever nvny | A | Dividend | J | T | Buy | 06/18/18 | | | |
| 99. vertex pharmaceuticals | A | Dividend | J | T | Buy | 06/19/18 | | | |
| 100. invesco s and p 500 | B | Interest | M | T | Buy | 12/28/18 | | | |
| 101. vanguard ftse | A | Dividend | L | T | Buy | 12/28/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| west, david l. | 07/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ david l. west**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544